```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 17200
    WILLIAM FRANK SITKIEWICZ
    KATHLEEN M OREILLY SITKIEWICZ              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
            Debtor
    SSN XXX-XX-4329      SSN XXX-XX-4299
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/27/06 and confirmed on 03/23/07.

2. The case was dismissed after confirmation, 08/17/2007.

3. The Debtor paid a total of $ 10700.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | 7465.00 | .00 | 7465.00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 32066.12 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 35000.00 | .00 | 2700.00 |
| ASSOCIATED DOCTORS INC | UNSECURED | NOT FILED | .00 | .00 |
| ANTHONY BARTOLOMUCCI | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BLALACK & WILLIANS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2750.14 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 658.90 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 810.29 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1431.15 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 803.03 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 454.90 | .00 | .00 |
| IC SYSTEMS | UNSECURED | 107.34 | .00 | .00 |
| ACTIVITY COLLECTION SVC | UNSECURED | 199.38 | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 293.97 | .00 | .00 |
| GROVE DENTAL ASSOCS | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 1197.97 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DOWNERS DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | 489.37 | .00 | .00 |
| ASSOCIATED DOCTORS INC | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COLLECTIONS | UNSECURED | 42.10 | .00 | .00 |
| MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 5598.88 | .00 | .00 |

```
OMNI HEALTH & FITNESS       UNSECURED       NOT FILED              .00         .00
PALM BEACH MEMORIAL PARK    UNSECURED       NOT FILED              .00         .00
PROVIDIAN NATIONAL BANK     UNSECURED       NOT FILED              .00         .00
QUINLAN FABISH              UNSECURED       NOT FILED              .00         .00
REED GRIFFITH MORAN         UNSECURED       NOT FILED              .00         .00
PREMIUM ASSET RECOVERY      UNSECURED         1052.35              .00         .00
JNR                         UNSECURED       NOT FILED              .00         .00
ROUNDUP FUNDING LLC         UNSECURED          626.53              .00         .00
AFNI/VERIZON                UNSECURED         1362.23              .00         .00
KCA FINANCIAL SERVICES      UNSECURED       NOT FILED              .00         .00
CHASE AUTOMOTIVE FINANCE    UNSECURED         1558.21              .00         .00
JEFFERSON CAPITAL SYSTEM    UNSECURED          304.50              .00         .00
```

Summary of disbursements:

```
                         SECURED      PRIORITY     UNSECURED        OTHER         TOTAL

TOTAL CLMS ALLOWED      74531.12           .00      19741.24          .00      94272.36
PRINCIPAL PAID          10165.00           .00           .00          .00      10165.00
INTEREST PAID                .00           .00           .00          .00           .00
TOTAL PAID              10165.00           .00           .00          .00      10165.00
```

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   3000.00
and was paid $   3000.00   direct and $        .00   through the plan.

The Trustee received $     535.00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/15/07                   /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE


                              PAGE   2
     CASE NO. 06 B 17200 WILLIAM FRANK SITKIEWICZ & KATHLEEN M OREILLY SITK